UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case no.: 19-24224 |
| Carey Skorski | Chapter: 7 |
| | Judge: SHERWOOD |
| Debtor(s) | |

# CERTIFICATION OF NO OBJECTION

I Lucinda Chapman, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☐ Abandonment

☐ Public Sale

☒ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
141 Columbis Avenue, Jersey City, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 12/3/19

By: /s/Lucinda Chapman