# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: SKORSKI, CAREY                                  § Case No. 19-24224-JKS
                                                       §
                                                       §
Debtor(s)                                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JAY L. LUBETKIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,406.00                    Assets Exempt: $30,222.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $785,554.08   Claims Discharged
                                               Without Payment: $912,527.34

Total Expenses of Administration: $116,777.58

---

   3) Total gross receipts of $ 926,481.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 24,150.00 (see **Exhibit 2**), yielded net receipts of $902,331.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $566,097.46 | $566,097.46 | $566,097.46 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 117,535.08 | 116,777.58 | 116,777.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 39,697.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 850,952.74 | 523,179.70 | 375,212.75 | 219,456.62 |
| **TOTAL DISBURSEMENTS** | $890,649.74 | $1,206,812.24 | $1,058,087.79 | $902,331.66 |

4) This case was originally filed under Chapter 7 on July 23, 2019. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2020          By: /s/JAY L. LUBETKIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 141 Columbia Ave, Jersey City, NJ 07307-0000, Hu | 1110-000 | 926,481.66 |
| **TOTAL GROSS RECEIPTS** | | **$926,481.66** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carey Skorski | Exemption per Consent Order entered 1/13/20 | 8100-002 | 24,150.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$24,150.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shellpoint Mortgage Servicing | 4110-000 | N/A | 566,097.46 | 566,097.46 | 566,097.46 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$566,097.46** | **$566,097.46** | **$566,097.46** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAY L. LUBETKIN | 2100-000 | N/A | 48,342.50 | 47,585.00 | 47,585.00 |
| Attorney for Trustee Fees (Trustee Firm) - Rabinowitz, Lubetkin & Tully | 3110-000 | N/A | 18,877.50 | 18,877.50 | 18,877.50 |
| Other - Rabinowitz, Lubetkin & Tully | 3210-000 | N/A | 786.96 | 786.96 | 786.96 |
| Other - Re/Max Traditions Real Estate | 3510-000 | N/A | 46,300.00 | 46,300.00 | 46,300.00 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 123.81 | 123.81 | 123.81 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 229.31 | 229.31 | 229.31 |
| Other - National Title Services | 2500-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Other - National Title Services | 2420-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - National Title Services | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - National Title Services | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$117,535.08** | **$116,777.58** | **$116,777.58** |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Margaret Harrow | 5600-000 | 3,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Maria Caffaro | 5600-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Lorraine Gullo | 5600-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Eulyne Wickham | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Maribel Anota | 5600-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank Galante | 5600-000 | 1,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Malik Tricoche | 5600-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Marina McNamara | 5600-000 | 2,497.00 | N/A | N/A | 0.00 |
| NOTFILED | Marina Davis | 5600-000 | 2,497.00 | N/A | N/A | 0.00 |
| NOTFILED | Noel Cadiz | 5600-000 | 1,215.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Grant | 5600-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Walter Zaionz | 5600-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Noel Aneses | 5600-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Nafskia Lourentzatos | 5600-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Loiacono | 5600-000 | 3,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Nadine Walter-Scott | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Miriam Morales | 5600-000 | 3,025.00 | N/A | N/A | 0.00 |
| NOTFILED | Dulia Feratovic | 5600-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Mary Smith | 5600-000 | 1,233.00 | N/A | N/A | 0.00 |
| NOTFILED | Belen Mavlion | 5600-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ann Crawford | 5600-000 | 695.00 | N/A | N/A | 0.00 |
| NOTFILED | Diane Varano | 5600-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Candice Zaionz | 5600-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Reid | 5600-000 | 3,025.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$39,697.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 18,734.85 | 19,389.13 | 19,389.13 | 12,478.69 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 11,026.10 | 11,026.10 | 7,096.31 |
| 3 | American Express National Bank | 7100-000 | 50,252.35 | 50,920.49 | 50,920.49 | 32,772.01 |
| 4 | BMW Financial Services NA, LLC | 7100-000 | N/A | 60,318.02 | 60,318.02 | 38,820.19 |
| 5 | BB&T Commercial Equipment Capital Corp. | 7100-000 | 0.00 | 55,196.24 | 55,196.24 | 35,523.85 |
| 6 | Navitas Credit Corp. | 7100-000 | N/A | 32,781.52 | 0.00 | 0.00 |
| 7 | Navitas Credit Corp. | 7100-000 | N/A | 50,066.78 | 0.00 | 0.00 |
| 8S | NCMIC Finance Corp. | 7100-000 | N/A | 5,050.90 | 0.00 | 0.00 |
| 8U | NCMIC Finance Corp. | 7100-000 | N/A | 196.61 | 196.61 | 126.54 |
| 9 | U.S. Bank NA | 7100-000 | N/A | 11,537.22 | 11,537.22 | 7,425.26 |
| 10S | NCMIC Finance Corp. | 7100-000 | 26,153.00 | 25,842.25 | 0.00 | 0.00 |
| 10U | NCMIC Finance Corp. | 7100-000 | N/A | 852.80 | 852.80 | 548.86 |
| 11 | American Express National Bank | 7100-000 | 12,918.40 | 12,956.40 | 12,956.40 | 8,338.63 |
| 12 | Verizon | 7100-000 | N/A | 1,127.88 | 1,127.88 | 725.89 |
| 13 | Verizon | 7100-000 | N/A | 376.31 | 376.31 | 242.19 |
| 14 | Humberto Rodriguez | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| 15 | Citibank, N.A. | 7100-000 | N/A | 2,072.60 | 2,072.60 | 1,333.91 |
| 16 | Citibank, N.A. | 7100-000 | 24,219.93 | 24,608.17 | 24,608.17 | 15,837.62 |
| 17 | Bay Ridge Chiropractic Healthcare P.C. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | PYOD LLC | 7100-000 | N/A | 90,409.28 | 90,409.28 | 58,186.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Navitas Credit Corp. | 7200-000 | N/A | 34,225.50 | 34,225.50 | 0.00 |
| 20 | Navitas Credit Corp. | 7100-000 | N/A | 34,225.50 | 0.00 | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | 98,175.22 | N/A | N/A | 0.00 |
| NOTFILED | Santander Bank NA | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Patlive.com | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | SPG Advance LLC | 7100-000 | 29,980.00 | N/A | N/A | 0.00 |
| NOTFILED | Legend Funding | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank, N.A. | 7100-000 | 38,705.90 | N/A | N/A | 0.00 |
| NOTFILED | Kash Capital | 7100-000 | 61,740.00 | N/A | N/A | 0.00 |
| NOTFILED | Stable Car Parking Inc. | 7100-000 | 1,284.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchant Advance | 7100-000 | 50,041.00 | N/A | N/A | 0.00 |
| NOTFILED | Susquehanna Salk Lake LLC | 7100-000 | 82,018.00 | N/A | N/A | 0.00 |
| NOTFILED | Jet Blue Mastercard | 7100-000 | 29,020.17 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank Equipment Finance | 7100-000 | 51,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fox Capital Group, Inc. | 7100-000 | 37,179.59 | N/A | N/A | 0.00 |
| NOTFILED | Mary Loiacono | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Reid | 7100-000 | 3,975.00 | N/A | N/A | 0.00 |
| NOTFILED | Margaret Harrow | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | Miriam Morales | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | iHeart Media | 7100-000 | 6,150.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Ink | 7100-000 | 14,604.33 | N/A | N/A | 0.00 |
| NOTFILED | Green Capital Funding LLC | 7100-000 | 36,356.00 | N/A | N/A | 0.00 |
| NOTFILED | EBP Partners LLC | 7100-000 | 20,720.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $850,952.74 | $523,179.70 | $375,212.75 | $219,456.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-24224-JKS  **Trustee:** (500440) JAY L. LUBETKIN
**Case Name:** SKORSKI, CAREY  **Filed (f) or Converted (c):** 07/23/19 (f)
  **§341(a) Meeting Date:** 08/22/19
**Period Ending:** 10/08/20  **Claims Bar Date:** 11/25/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  141 Columbia Ave, Jersey City, NJ 07307-0000, Hu<br>Imported from original petition Doc# 1<br>Amended C filed<br>11/27/19 -Amended Sale Order entered<br>App for consent order reducing homestead exemption filed<br>1/13/20 - Order entered reducing exemption | 750,000.00 | 100,000.00 | | 926,481.66 | FA |
| 2  ordinary household furniture, fixtures, applianc<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  computer and TV<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  4 bicycles<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  everyday clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Tag Hauer Watch; Movado Watch<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  2 parrots, 2 turtles<br>Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 8  Cash<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Checking: Chase Bank(1281)<br>Imported from original petition Doc# 1 | 59.00 | 0.00 | | 0.00 | FA |
| 10  Checking: PNC Bank (5451)<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 11  Checking: Everbank (TIAA) (3676)<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12  Mutual Fund: Ameritrade (6683)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  A New You Chiropractic Healthcare, PC (currently<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14  Bay Ridge Chiropractic Healthcare, PC (currently<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Printed: 10/08/2020 12:30 PM    V.20.23

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-24224-JKS  
**Case Name:** SKORSKI, CAREY  

**Trustee:** (500440)   JAY L. LUBETKIN  
**Filed (f) or Converted (c):** 07/23/19 (f)  
**§341(a) Meeting Date:** 08/22/19  

**Period Ending:** 10/08/20  
**Claims Bar Date:** 11/25/19  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15  Int. in Ins. policies: National Life Group Unive  Imported from original petition Doc# 1 | 1,727.00 | 0.00 | | 0.00 | FA |
| 16  Int. in Ins. policies: Term Policy with MassMutu  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17  books and CDs professional related  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 18  2 portable chiropractic adjustment tables-$50 ea  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 18  Assets  Totals (Excluding unknown values) | **$756,406.00** | **$100,000.00** | | **$926,481.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2020        **Current Projected Date Of Final Report (TFR):**     April 16, 2020  (Actual)

Printed: 10/08/2020 12:30 PM     V.20.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 19-24224-JKS | | Trustee: | JAY L. LUBETKIN (500440) |
|---|---|---|---|---|
| Case Name: | SKORSKI, CAREY | | Bank Name: | People's United Bank |
| | | | Account: | ********7841 - Checking Account |
| Taxpayer ID #: | **-***3641 | | Blanket Bond: | $48,225,092.00 (per case limit) |
| Period Ending: | 10/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/05/19 | {1} | Lakshmi Gamini | Deposit on 141 Columbia Avenue property | 1110-000 | 5,000.00 | | 5,000.00 |
| 12/13/19 | | National Title Services | Sale Proceeds from 141 Columbia Ave., Jersey City, NJ - Order entered 11/27/19 | | 918,606.66 | | 923,606.66 |
| | {1} | | Contract Sale Price    926,481.66 (includes Prop Taxes) | 1110-000 | | | 923,606.66 |
| | {1} | | Excess Deposit    -5,000.00 | 1110-000 | | | 923,606.66 |
| | | | Seller Concession    -1,300.00 | 2500-000 | | | 923,606.66 |
| | | | Clean Out Fee    -1,000.00 | 2420-000 | | | 923,606.66 |
| | | | Final Water Escrow    -500.00 | 2500-000 | | | 923,606.66 |
| | | | Title Payoff    -75.00 | 2500-000 | | | 923,606.66 |
| 12/17/19 | 101 | Re/Max Traditions Real Estate | 5% Commission on Sale of 141 Columbia Avenue | 3510-000 | | 46,300.00 | 877,306.66 |
| 12/17/19 | 102 | Shellpoint Mortgage Servicing | Payoff of Mortgage re Loan ending 1172, Property: 141 Columbia Avenue | 4110-000 | | 566,097.46 | 311,209.20 |
| 01/15/20 | 103 | Carey Skorski | Exemption per Consent Order entered 1/13/20 | 8100-002 | | 24,150.00 | 287,059.20 |
| 02/03/20 | 104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2020 FOR CASE #19-24224, Bond #016026384, Term: 1/1/20 to 1/1/21 | 2300-000 | | 123.81 | 286,935.39 |
| 02/12/20 | | Transfer from 7841 to 1183 | Transition transfer debit from United to Metropolitan | 9999-000 | | 286,935.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 923,606.66 | 923,606.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 286,935.39 | |
| | | | **Subtotal** | | 923,606.66 | 636,671.27 | |
| | | | Less: Payments to Debtors | | | 24,150.00 | |
| | | | **NET Receipts / Disbursements** | | **$923,606.66** | **$612,521.27** | |

{} Asset reference(s)

Printed: 10/08/2020 12:30 PM    V.20.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 19-24224-JKS | | Trustee: | JAY L. LUBETKIN (500440) |
|---|---|---|---|---|
| Case Name: | SKORSKI, CAREY | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5131 - Checking Account |
| Taxpayer ID #: | **-***3641 | | Blanket Bond: | $48,225,092.00   (per case limit) |
| Period Ending: | 10/08/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/12/20 | | Transfer from 4083 to 5131 | Transition transfer credit from United to Metropolitan | 9999-000 | 286,935.39 | | 286,935.39 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 229.31 | 286,706.08 |
| 05/13/20 | 10105 | Rabinowitz, Lubetkin & Tully | Order entered 5/11/20 | 3110-000 | | 18,877.50 | 267,828.58 |
| 05/13/20 | 10106 | Rabinowitz, Lubetkin & Tully | Order entered 5/11/20 | 3210-000 | | 786.96 | 267,041.62 |
| 07/08/20 | 10107 | JAY L. LUBETKIN | Dividend paid 100.00% on $47,585.00, Trustee Compensation;  Reference: | 2100-000 | | 47,585.00 | 219,456.62 |
| 07/08/20 | 10108 | Discover Bank | Dividend paid  64.35% on $19,389.13; Claim# 1; Filed: $19,389.13; Reference: 3569 | 7100-000 | | 12,478.69 | 206,977.93 |
| 07/08/20 | 10109 | Capital One Bank (USA), N.A. | Dividend paid  64.35% on $11,026.10; Claim# 2; Filed: $11,026.10; Reference: | 7100-000 | | 7,096.31 | 199,881.62 |
| 07/08/20 | 10110 | BMW Financial Services NA, LLC | Dividend paid  64.35% on $60,318.02; Claim# 4; Filed: $60,318.02; Reference: 2017 BMW | 7100-000 | | 38,820.19 | 161,061.43 |
| 07/08/20 | 10111 | BB&T Commercial Equipment Capital Corp. | Dividend paid  64.35% on $55,196.24; Claim# 5; Filed: $55,196.24; Reference: LEAR FINANCIAL | 7100-000 | | 35,523.85 | 125,537.58 |
| 07/08/20 | 10112 | BMW Bank of North America | Dividend paid  64.35% on $11,537.22; Claim# 9; Filed: $11,537.22; Reference: Stopped on 08/18/20 | 7100-000 | | 7,425.26 | 118,112.32 |
| 07/08/20 | 10113 | PYOD LLC | Dividend paid  64.35% on $90,409.28; Claim# 18; Filed: $90,409.28; Reference: ON DECK CAPITAL | 7100-000 | | 58,186.67 | 59,925.65 |
| 07/08/20 | 10114 | American Express National Bank | Combined Check for Claims#3,11 | | | 41,110.64 | 18,815.01 |
| | | | Dividend paid  64.35%   32,772.01 on $50,920.49;  Claim# 3; Filed: $50,920.49; Reference: 2009 | 7100-000 | | | 18,815.01 |
| | | | Dividend paid  64.35%   8,338.63 on $12,956.40;  Claim# 11; Filed: $12,956.40; Reference: 1008 | 7100-000 | | | 18,815.01 |
| 07/08/20 | 10115 | Citibank, N.A. | Combined Check for Claims#16,15 | | | 17,171.53 | 1,643.48 |
| | | | Dividend paid  64.35%   15,837.62 on $24,608.17;  Claim# 16; Filed: $24,608.17; Reference: CITI MASTERCARD 5488 | 7100-000 | | | 1,643.48 |
| | | | Dividend paid  64.35%   1,333.91 on $2,072.60;  Claim# | 7100-000 | | | 1,643.48 |

Subtotals :         $286,935.39         $285,291.91

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 19-24224-JKS | | Trustee: | JAY L. LUBETKIN (500440) |
|---|---|---|---|---|
| Case Name: | SKORSKI, CAREY | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5131 - Checking Account |
| Taxpayer ID #: | **-***3641 | | Blanket Bond: | $48,225,092.00  (per case limit) |
| Period Ending: | 10/08/20 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 15; Filed: $2,072.60 | | | | |
| 07/08/20 | 10116 | NCMIC Finance Corp. | Combined Check for Claims#8U,10U | | | 675.40 | 968.08 |
| | | | Dividend paid 64.35%    126.54 on $196.61;  Claim# 8U; Filed: $196.61 | 7100-000 | | | 968.08 |
| | | | Dividend paid 64.35%    548.86 on $852.80;  Claim# 10U; Filed: $852.80; Reference: 8453 | 7100-000 | | | 968.08 |
| 07/08/20 | 10117 | Verizon | Combined Check for Claims#12,13 | | | 968.08 | 0.00 |
| | | | Dividend paid 64.35%    725.89 on $1,127.88;  Claim# 12; Filed: $1,127.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid 64.35%    242.19 on $376.31;  Claim# 13; Filed: $376.31 | 7100-000 | | | 0.00 |
| 08/18/20 | 10112 | BMW Bank of North America | Dividend paid 64.35% on $11,537.22; Claim# 9; Filed: $11,537.22; Reference: Stopped: check issued on 07/08/20 | 7100-000 | | -7,425.26 | 7,425.26 |
| 08/26/20 | 10118 | US Bank National Association | Proof of Claim #9 (replaces check 10112 to BMW Bank of North America) | 7100-000 | | 7,425.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 286,935.39 | 286,935.39 | $0.00 |
| | | | Less: Bank Transfers | | 286,935.39 | 0.00 | |
| | | | Subtotal | | 0.00 | 286,935.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $286,935.39 | |

| | | |
|---|---|---|
| Net Receipts : | 923,606.66 | |
| Plus Gross Adjustments : | 2,875.00 | |
| Less Payments to Debtor : | 24,150.00 | |
| Net Estate : | $902,331.66 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********7841 | 923,606.66 | 612,521.27 | 0.00 |
| Checking # ******5131 | 0.00 | 286,935.39 | 0.00 |
| | $923,606.66 | $899,456.66 | $0.00 |

{} Asset reference(s)

Printed: 10/08/2020 12:30 PM    V.20.23